John J. Nelson (SBN 317598)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 South Beverly Drive
Beverly Hills, California 90212
Tel.:   (858) 209-6941
jnelson@milberg.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ZIDE, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC PREMIER BANK,<br><br>    Defendant. | Case No. 8:23-cv-01711-JVS-JDE |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Nancye Zide, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Pacific Premier Bank, Inc., with prejudice.

DATED: November 17, 2023            Respectfully submitted,

  */s/ John Nelson*
  John J. Nelson (SBN 317598)
  MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
  280 South Beverly Drive
  Beverly Hills, California 90212
  Tel.:   (858) 209-6941
  jnelson@milberg.com

  *Attorneys for Plaintiff and the Classes*

NOTICE OF VOLUNTARY
DISMISSAL                                   - 1 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 17, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ John Nelson*
John J. Nelson

NOTICE OF VOLUNTARY
DISMISSAL                               - 2 -